**Order entered March 13, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00086-CV

### IN RE KEVIN CHRISTOPHER REED, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83282-2015**

## ORDER

Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's January 22, 2020 petition for writ of mandamus.

/s/ ERIN A. NOWELL
JUSTICE